denying leave to proceed *in forma pauperis* [*ante*, p. 1001] denied. Motion for leave to proceed as a veteran granted. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of these motions and this petition.

No. 10–6799. HAMMOND *v.* TUFAMERICA, INC. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–7432. GALLEGOS *v.* SISTO, WARDEN, ET AL. C. A. 9th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 10–7633. HARRISON *v.* HARLEM HOSPITAL ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–7891. NIBLOCK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7913. LEA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7928. MOHAMED *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–7967. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–10900. JACKSON *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 855;

No. 09–11291. SEARS *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 872;

No. 10–5317. YOUNG v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, *ante,* p. 915;

No. 10–5532. REECE v. COUNTRYWIDE HOME LOANS ET AL., *ante,* p. 927;

No. 10–5969. HYDE v. VALDEZ, *ante,* p. 984;

No. 10–6054. IN RE MEDINA, *ante,* p. 1001;

No. 10–6134. DUHALL v. LENNAR FAMILY OF BUILDERS, *ante,* p. 1010;

No. 10–6215. MCCRAY v. CHRYSLER LLC, *ante,* p. 1067;

No. 10–6227. WILLIAMS, AKA MCCARTHY v. ZAVARES, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 987;

No. 10–6305. WATKINS v. MARYLAND DIVISION OF CORRECTIONS ET AL., *ante,* p. 1031;

No. 10–6309. WASHINGTON v. HARRELSON ET AL., *ante,* p. 1032;

No. 10–6317. MARSHALL v. FRIEND ET AL., *ante,* p. 1032;

No. 10–6324. GROOMS v. UNITED STATES, *ante,* p. 974;

No. 10–6326. MORALES v. HARRY, WARDEN, *ante,* p. 1014;

No. 10–6353. TORREZ v. ELEY, *ante,* p. 1046;

No. 10–6412. O'CONNELL v. UTTECHT, SUPERINTENDENT, COYOTE RIDGE CORRECTIONS CENTER, *ante,* p. 1014;

No. 10–6439. WASHINGTON v. PROPES, *ante,* p. 1032;

No. 10–6603. RASHAW-BEY v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI, *ante,* p. 991; and

No. 10–6743. BYRD v. UNITED STATES, *ante,* p. 1019. Petitions for rehearing denied.

No. 09–10968. PO KEE WONG v. UNITED STATES, *ante,* p. 857; and

No. 10–5532. REECE v. COUNTRYWIDE HOME LOANS ET AL., *ante,* p. 927. Motions for leave to file petitions for rehearing denied.

No. 10–6934. IN RE HUSBAND, *ante,* p. 1043. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

JANUARY 24, 2011

No. 10–136. HOREL, WARDEN v. SOLORIO VALDOVINOS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma*